[Nos. 38231-8-II; 38938-0-II.   Division Two.   September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY CHIOFAR, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL ANTHONY CHIOFAR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02447-6, Ronald E. Culpepper, J., entered August 19, 2008, together with a petition for relief from personal restraint. Judgment *reversed*, petition *dismissed*, and case *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 38322-5-II.   Division Two.   September 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SCOTT BOWIE, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated November 3, 2009. A substitute opinion will be filed in due course.

[No. 27191-9-III.   Division Three.   September 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. ENLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00086-3, Vic L. VanderSchoor, J., entered June 11, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.

[No. 27237-1-III.   Division Three.   September 17, 2009.]

*In the Matter of the Marriage of* DALLAS ALCORN, *Appellant*, and TIMOTHY FANCY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-3-02034-1, Salvatore F. Cozza, J., entered June 6, 2008. *Reversed* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.